FILED
2007 Feb-06 AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| FAYETTE COUNTY E-911 DISTRICT,   )<br>  )<br>      Plaintiff,   )<br>  )<br>vs.       )       CV-03-CO-699-J<br>  )<br>CENTURYTEL OF ALABAMA, LLC, *et al.*,   )<br>  )<br>      Defendants.   ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation (Doc. 87) on November 7, 2006, recommending that the defendants' motions for summary judgment (Docs. 68 & 71) be granted and this cause be dismissed with prejudice. Plaintiff filed objections, defendants responded to the objections, and the magistrate judge entered a supplement to report and recommendation (Doc. 94), entered on December 21, 2006.

This court has made a de novo determination of those findings and portions objected to by the Defendant in this case pursuant to 28 U.S.C. § 636(b)(1).

The Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motions for summary judgment are due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

Done this 6th day of February 2007.

                                       L. SCOTT COOGLER
                             UNITED STATES DISTRICT JUDGE

143449